# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Chapter 11 |
| SMALL LOANS INC. | Case No. 11-12254-WRS |
| THE MONEY TREE INC. | Case No. 11-12255-WRS |
| THE MONEY TREE OF LOUISIANA INC. | Case No. 11-12256-WRS |
| THE MONEY TREE OF FLORIDA INC. | Case No. 11-12257-WRS |
| THE MONEY TREE OF GEORGIA INC. | Case No. 11-12258-WRS |
| Debtors | |

## ORDER FOR JOINT ADMINISTRATION

On December 16, 2011, five related petitions in bankruptcy were filed pursuant to Chapter 11 of the Bankruptcy Code: (1) Small Loans, Inc, Case No. 11-12254; (2) The Money Tree, Inc., 11-12255; (3) The Money Tree of Louisiana, Inc., Case No. 11-12256; (4) The Money Tree of Florida, Inc., Case No. 11-12257; (5) The Money Tree of Georgia, Case No. 11-12258. The same day, the Debtors moved for joint administration. e.g. (Case No. 11-12254, Doc. 5). The Court conducted a telephonic hearing on December 21, 2011 and no objections were made to the motion. Having reviewed the motion, it appears that joint administration would be in the best interests of the Debtors and all parties in interest. See, Rule 1015(b), Fed. R. Bankr. P.

ORDERED, that all future pleadings and papers in any of these five cases should be filed in Case No. 11-12254, which shall be the lead case. This is not a substantive consolidation of the

five estates and the Debtors are required to keep separate books and records and to keep the property of the estates separate.

Done this 4th day of January, 2012.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Max A. Mosley, Attorney for Debtors
Teresa R. Jacobs, Bankruptcy Administrator
All Creditors